1  ROBERT JON HENDRICKS (State Bar No. 179751)
   MORGAN LEWIS & BOCKIUS LLP
2  300 South Grand Avenue
   Twenty Second Floor
3  Los Angeles, CA 90071-3132
   (213) 612-2500
4  FAX (213) 612-2501

5  TRACY THOMPSON (State Bar No. 88173)
   MORGAN LEWIS & BOCKIUS LLP
6  One Market, Spear Street Tower
   San Francisco, CA 94105-1126
7  (415) 442-1000
   FAX (415) 442-1001
8
   Attorneys for Defendant
9  AMERICAN AIRLINES, INC.

10
                    UNITED STATES DISTRICT COURT
11
                   NORTHERN DISTRICT OF CALIFORNIA
12
                       SAN FRANCISCO DIVISION
13

14
   AMOS LEE,                          Case No. C 05 2709 (SC)
15
            Plaintiff,                STIPULATION RE: DISMISSAL OF
16                                    INDIVIDUAL DEFENDANTS;
        v.                            [PROPOSED] ORDER
17
   AMERICAN AIRLINES, a private       (CIV. L.R. 7-12)
18 corporation; GERARD APREY; MARK
   KOSTRZEWA; ROBERT COHEN;           Complaint Filed: April 18, 2005
19 NANCY TAYLOR; RICHARD WOODS;
   GERALD SCHIPPERS; and Does 1
20 Through 20, Inclusive,

21          Defendants.

22
        WHEREAS, Plaintiff Amos Lee ("Plaintiff") filed his Complaint in the Superior Court of
23
   California for the County of San Mateo on April 18, 2005, which Complaint was served on
24
   Defendant American Airlines, Inc., on or about June 3, 2005.
25
        WHEREAS, Defendant American Airlines, Inc. ("American Airlines") answered said
26
   Complaint on June 30, 2005;
27
        WHEREAS, Defendant American Airlines removed said Complaint to the United States
28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW    Stipulation Dismissing Individual Defendants;              Case No. C 05-2709 (SC)
SAN FRANCISCO       [Proposed] Order                          1                         E-filing
                    1-SF/7330150.1

| | |
|---|---|
| 1 | District Court for the Northern District of California on July 1, 2005; |
| 2 | WHEREAS, Gerard Aprey ("Aprey"), Mark Kostrezewa ("Kostrezewa"), Robert Cohen |
| 3 | ("Cohen"), Nancy Taylor ("Taylor"), Richard Woods ("Woods"), and Gerald Schippers |
| 4 | ("Schippers") (collectively, the "Individual Defendants") have never been served with the |
| 5 | Complaint; |
| 6 | WHEREAS, in the parties' Joint Case Management Conference Statement and Proposed |
| 7 | Order filed October 26, 2005, Plaintiff agreed to dismiss the Individual Defendants without |
| 8 | prejudice; and |
| 9 | WHEREAS, at the November 18, 2005, Status Conference, Plaintiff and American |
| 10 | Airlines were directed to submit a Stipulation and Proposed Order to the Court dismissing the |
| 11 | Individual Defendants without prejudice; |
| 12 | NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED among the parties |
| 13 | that Defendants Aprey, Kostrezewa, Cohen, Taylor, Woods, and Schippers are to be dismissed |
| 14 | without prejudice. |

DATED: January 9, 2005                Morgan, Lewis & Bockius LLP

By: _____
Tracy Thompson
Attorneys for Defendant
American Airlines, Inc.

DATED: January 13, 2005

By: _____
Charles Katz
Attorneys for Plaintiff
Amos Lee

### ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 1/23/06

_____
UNITED STATES DISTRICT JUDGE

Stipulation Dismissing Individual Defendants;
[Proposed] Order                                   2                Case No. C 05-2709 (SC)
1-SF/7330150.1                                                                   E-filing