| | |
|---|---|
| 1 | ROBERT JON HENDRICKS, SBN 179751 |
| | MORGAN, LEWIS & BOCKIUS LLP |
| 2 | 300 South Grand Avenue |
| | Twenty Second Floor |
| 3 | Los Angeles, CA 90071-3132 |
| | Tel: 213.612.2500 |
| 4 | Fax: 213.612.2501 |
| 5 | TRACY THOMPSON, SBN 88173 |
| | M. MICHAEL COLE, SBN 235538 |
| 6 | MORGAN, LEWIS & BOCKIUS LLP |
| | One Market, Spear Street Tower |
| 7 | San Francisco, CA 94105-1126 |
| | Tel: 415.442.1000 |
| 8 | Fax: 415.442.1001 |
| 9 | Attorneys for Defendant |
| | AMERICAN AIRLINES, INC. |

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| AMOS LEE, | Case No. C 05 2709 SC (EMC) |
| Plaintiff, | **STIPULATION WAIVING ORAL ARGUMENT ON DEFENDANT'S MOTION TO COMPEL AND MOTION FOR ATTORNEY'S FEES;** ORDER |
| v. | |
| AMERICAN AIRLINES, a private corporation; GERARD APREY; MARK KOSTRZEWA; ROBERT COHEN; NANCY TAYLOR; RICHARD WOODS; GERARD SCHIPPERS; and Does 1 Through 20, Inclusive, | Date:       March 8, 2006<br>Time:       10:30 a.m.<br>Judge:      Judge Edward M. Chen<br>Courtroom:  C, 15th Floor |
| Defendants. | |

1     WHEREAS, Defendant American Airlines, Inc. ("American"), filed a Motion to Compel
2 Responses to Interrogatories and Production of Documents and a Motion for Attorney's Fees and
3 Expenses ("Motions") on January 26, 2006;
4     WHEREAS, American filed a Reply in Support of its Motions on February 22, 2006;
5     WHEREAS, Plaintiff Amos Lee has not filed Oppositions to American's Motions;
6     WHEREAS, the hearing on American's Motions are currently scheduled for a hearing on
7 March 8, 2006, at 10:30 am before the Honorable Edward M. Chen;
8     NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, between the
9 parties that American's Motions shall be submitted without argument and that the currently
10 scheduled hearing date shall be vacated.

11
12 Dated: ~~February~~ March 1, 2006      MORGAN, LEWIS & BOCKIUS LLP
13
14 By: _____
15     Tracy Thompson
    Attorneys for Defendant
    AMERICAN AIRLINES, INC.
16
17 Dated: February 10, 2006
18
19 By: _____
    Charles Katz
20     Attorneys for Plaintiff
    AMOS LEE
21     PURSUANT TO STIPULATION, IT IS SO ORDERED.
22 Dated: March 2, 2006
23 _____
    UNITED STATES JUDGE
    EDWARD M. CHEN
24
25
26
27
28