UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMOS LEE,<br><br>    Plaintiff,<br><br>  v.<br><br>AMERICAN AIRLINES, *et al.*,<br><br>    Defendants.<br>_____/ | No. C-05-2709 SC (EMC)<br><br>**ORDER GRANTING DEFENDANT AMERICAN AIRLINES, INC.'S MOTION TO COMPEL AND MOTION FOR REASONABLE EXPENSES AND ATTORNEYS' FEES**<br><br>**(Docket Nos. 17, 18)** |

The motion of Defendant American Airlines, Inc. ("American") to compel responses to interrogatories and production of documents, and the motion of American for expenses and attorneys' fees has not been opposed by Plaintiff. The parties stipulated to waive oral argument. After consideration of the papers and pleadings on file and argument of counsel, including the letter dated February 21, 2006 from Tracy Thompson to Charles Katz (Exh. C to Thompson Decl.), and good cause appearing therefor, IT IS HEREBY ORDERED THAT:

1. The motions of Defendant American Airlines, Inc. are **GRANTED**;

2. Plaintiff shall provide complete responses, without objection, to Defendant American Airlines, Inc.'s First Request for Production of Documents within thirty (30) days of the date of this order;

3. Plaintiff shall produce all documents responsive to American's First Request for Production of Documents within thirty (30) days of the date of this order;

4. Plaintiff shall provide complete responses, without objection, to Defendant American Airlines, Inc.'s First Set of Interrogatories within thirty (30) days of entry of the date order; and

5. Plaintiff shall pay Defendant American Airlines, Inc., by cashier's check delivered to Defendant's counsel, the amount of $3,000.00 as reasonable expenses, including attorney's fees. The Court has taken into account billing judgment adjustments for inefficiencies and multiplicity of counsel working on this matter. Such payment shall be made within thirty (30) days of the date of this order.

This order disposes of Docket Nos. 17 and 18.

IT IS SO ORDERED.

Dated: March 23, 2006

_____
EDWARD M. CHEN
United States Magistrate Judge