CHARLES J. KATZ, ESQ. (SBN: 68459)
475 El Camino Real, Suite 300
Millbrae, CA 94030
Telephone: (650) 692-4100
Fax No: (650) 692-2900

Attorney for Plaintiff
AMOS LEE

# UNITED STATES DISTRICT COURT
# NORTHER DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| AMOS LEE, | Case No.: C 05 2709 SC (EMC) |
| Plaintiff, | |
| v. | **STIPULATION DISMISSING COMPLAINT** |
| AMERICAN AIRLINES, a private corporation; GERARD APREY; MARK KOSTRZEWA; ROBERT COHEN; NANCY TAYLOR; RICHARD WOODS; GERARD SCHIPPERS; and Does 1 Through 20, Inclusive, | ORDER |
| Defendants. | |

WHEREAS, Plaintiff Amos Lee ("Plaintiff") filed his Complaint in the Superior Court of California for the County of San Mateo on April 18, 2005, which Complaint was served on Defendant American Airlines, Inc., on or about June 3, 2005.

WHEREAS, Defendant American Airlines, Inc. ("American Airlines") answered said Complaint on June 30, 2005;

WHEREAS, Defendant American Airlines removed said Complaint to the United States District Court for the Northern District of California on July 1, 2005;

WHEREAS, on January 9 and 13, 2006, the parties stipulated to the dismissal of Gerard Aprey ("Aprey"), Mark Kostrezawa ("Kostrezewa"), Robert Cohen ("Cohen"), Nancy Taylor ("Taylor"), Richard Woods ("Woods"), and Gerald Schippers ("Schippers") (collectively, the "Individual

1

1  Defendants")'
2       WHEREAS, on January 23, 2006, the Court, pursuant to the parties' stipulation, dismissed the
3  Individual Defendants;
4       WHEREAS, Plaintiff was recently terminated from his employment with American Airlines;
5       WHEREAS, Plaintiff has filed a charge with the Equal Employment Opportunity Commission
6  regarding his termination from American;
7       WHEREAS, Plaintiff intends to and will seek an immediate right-to-sue letter.
8       NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, between the parties
9  that:
10      Pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(ii,) Plaintiff's Complaint is
11 dismissed in its entirety with prejudice.

14 Date: August 2, 2006

    _____
    CHARLES J. KATZ, Attorney for Plaintiff
    AMOS LEE

17 Date: August 3, 2006

    _____
    ROBERT J. HENDRICKS, Attorney for
    Defendant AMERICAN AIRLINES, INC.

**IT IS SO ORDERED**

*Samuel Conti*
Judge Samuel Conti

8/3/06

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2

STIPULATION DISMISSING COMPLAINT