UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMOS LEE,<br><br>        Plaintiff,<br><br>   v.<br><br>AMERICAN AIRLINES, a private corporation,<br><br>        Defendant. | No. C-05-2709 SC (EMC)<br><br>ORDER DENYING DEFENDANTS' REQUEST FOR ENTRY OF JUDGMENT |

Having considered Defendant's Request for Entry of Judgment, it is hereby ordered that Defendant's Request is DENIED.  On August 4, 2006 this Court entered an Order endorsing the parties' Stipulation Dismissing Complaint.  On that date, Plaintiff's Complaint was dismissed in its entirety with prejudice.  Under these circumstances, Entry of Judgment is not proper.

IT IS SO ORDERED.

Dated: September 29, 2006

*Samuel Conti*

UNITED STATES DISTRICT JUDGE